**Order filed October 7, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00426-CV
_____

**PRIEUR LEARY III, Appellant**

**V.**

**COINMINT LIVING TRUST AND ASHTON SONIAT, Appellees**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-51173**

## O R D E R

The clerk's record was filed August 13, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain "Counter-Defendant Prieur Leary, III's Motion to Dismiss Under Texas Civil Practice and Remedies Code Chapter 27" filed March 30, 2021.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **October 18, 2021,** containing the above item.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.